# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TRYMAINE DAVIS, 29052-009,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **CIVIL NO. 19-976-NJR** |
| ) | |
| **T. G. WERLICH,** ) | |
| ) | |
| Respondent. ) | |

# ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

On September 5, 2019, this case was opened without the payment of a filing fee or the filing of a motion for leave to proceed in district court without prepaying fees or costs ("IFP Motion"). On the same date, the Court entered a Notice and Order advising Davis of his obligation to pay the filing fee of $5.00 or to file an IFP Motion within thirty (30) days (*i.e.*, on or before October 7, 2019) (Doc. 2). He was warned that failure to comply would result in dismissal of the action and was provided with a blank IFP Motion. *Id.*

To date, Davis has failed to pay the filing fee or file an IFP Motion, and the Court has received no communication from him since September 5, 2019. Therefore, this action is **DISMISSED** without prejudice for Davis's failure to comply with an Order of this Court and failure to prosecute. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED:  October 16, 2019**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**